Eulalia McLaughlin, Plaintiff-Appellant, v. Paul Schwendener, James Healy and City of Chicago, Defendants, and James Healy, Defendant-Appellee.

Gen. No. 45,503. 

Frederick J.

Hertz, and Jerome G. Sherman, for appellant; Haskell F. Lamm, and Stephen N. Sira, of counsel; Duck & McManigal, for appellee. Opinion by JUSTICE LEWE. Not to be published in full. Opinion filed December 19, 1951; released for publication January 7, 1952.